# EXHIBIT 2

# US Patent No. 7,758,979 (Claim 6) vs. Skyworks Sky5 53921 on the RF board of iPhone16e

Disassembling the iPhone 16e shows that it includes the Skyworks RF module, Sky5 53921. This module is an exemplary Accused Product.



**Appearance of RF board top**

The Sky5 53921 module contains six BAW filters (shown in below X-Ray image outlined in yellow dashed lines). There are three different BAW filter chips – BA157-01, BA158-01, and BA159-01.




1

EDX testing demonstrates that each of the BAW filters includes a piezoelectric thin film comprising an aluminum nitride containing scandium. (*See, e.g.,* below SEM image)



The scandium content ratio for each of these BAW filters is in the range of 10 atom% to 35 atom% or 40 atom% to 50 atom% on an assumption that a total amount of a number of atoms of the scandium and of aluminum in the aluminum nitride thin film is 100 atom%.

The below charts and scandium content ratio analyses provide the results for each of the BAW filters in the above exemplary Accused Product.

Additional Accused Products include all Skyworks modules with one or more BAW filters that include a piezoelectric thin film comprising an aluminum nitride containing scandium at a concentration within the above ranges. By way of example, these include the Sky5 04122, Sky5 0313 6943 2326, Sky5 04418, and Sky5 0313 4688 2326 modules included in the iPhone 15 Pro Max and the Sky5 144102 module included in the iPhone 13 Pro Max.

| '979 Patent | Sky5 53921 (BA159-01 BAW Filters) |
|---|---|
| 6. A piezoelectric thin film comprising an aluminum nitride thin containing scandium, | As indicated in the below EDX results and shown in the above SEM imaging, Sc, Al, and N, were detected in the components constituting the piezoelectric thin film, |
| a content ratio of the scandium being in a range of 10 atom % to 35 atom % or 40 atom % to 50 atom % on an assumption that a total amount of a number of atoms of the scandium and a number of atoms of aluminum in the aluminum nitride thin film is 100 atom %. | When the total number of atoms of scandium and aluminum is 100 atom%, the scandium content ratio is 19.76 atom%. That is within the range of 10 to 35 atom%. |

**Sky5 53921 (BA159-01 BAW Filters) EDX analysis results**



| Element | Mass% | Atom% |
|---|---|---|
| Al K | 70.89 | 80.24 |
| Sc K | 29.11 | 19.76 |
| Total | 100 | 100 |

3

| '979 Patent | Sky5 53921 (BA158-01 BAW Filters) |
|---|---|
| 6. A piezoelectric thin film comprising an aluminum nitride thin containing scandium, | As indicated in the below EDX results and shown in the above SEM imaging, Sc, Al, and N, were detected in the components constituting the piezoelectric thin film, |
| a content ratio of the scandium being in a range of 10 atom % to 35 atom % or 40 atom % to 50 atom % on an assumption that a total amount of a number of atoms of the scandium and a number of atoms of aluminum in the aluminum nitride thin film is 100 atom %. | When the total number of atoms of scandium and aluminum is 100 atom%, the scandium content ratio is 20.63 atom%.  That is within the range of 10 to 35 atom%. |

### Sky5 53921 (BA158-01 BAW Filters) EDX analysis results



| Element | Mass% | Atom% |
|---|---|---|
| Al K | 69.72 | 79.37 |
| Sc K | 30.28 | 20.63 |
| Total | 100 | 100 |

| '979 Patent | Sky5 53921 (BA157-01 BAW Filters) |
|---|---|
| 6. A piezoelectric thin film comprising an aluminum nitride thin containing scandium, | As indicated in the below EDX results and shown in the above SEM imaging, Sc, Al, and N, were detected in the components constituting the piezoelectric thin film, |
| a content ratio of the scandium being in a range of 10 atom % to 35 atom % or 40 atom % to 50 atom % on an assumption that a total amount of a number of atoms of the scandium and a number of atoms of aluminum in the aluminum nitride thin film is 100 atom %. | When the total number of atoms of scandium and aluminum is 100 atom%, the scandium content ratio is 30.26 atom%.<br><br>That is within the range of 10 to 35 atom%. |

**Sky5 53921 (BA157-01 BAW Filters) EDX analysis results**



| Element | Mass% | Atom% |
|---|---|---|
| Al K | 58.03 | 69.74 |
| Sc K | 41.97 | 30.26 |
| Total | 100 | 100 |