Joseph M. Casino (Pro Hac Vice to be submitted)
Michael J. Kasdan (Pro Hac Vice to be submitted)
WIGGIN AND DANA LLP
437 Madison Avenue
New York, NY 10022
Telephone: (212) 551-2842
Email: jcasino@wiggin.com
Email: mkasdan@wiggin.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENSO CORPORATION, | Case No.: 8:25-cv-01329-FWS-ADS |
| *Plaintiff*, | **STIPULATION REGARDING RESPONSE TO PLAINTIFF'S COMPLAINT (L.R. 7-1)** |
| v. | |
| SKYWORKS SOLUTIONS, INC. and SKYWORKS FILTER SOLUTIONS JAPAN CO., LTD., | Judge: Fred W. Slaughter
Courtroom: 10D |
| *Defendants*. | Complaint Served: Sept. 18, 2025
Current Response Date: Oct. 9, 2025
New Response Date: Dec. 8, 2025 |

**STIPULATION REGARDING
RESPONSE TO PLAINTIFF'S COMPLAINT (L.R. 7-1)**
*DENSO Corp. v. Skyworks Solutions, Inc. and Skyworks Filter Solutions Japan Co., Ltd.*, Case No. 8:25-cv-01329-FWS-ADS

Plaintiff DENSO Corporation ("Plaintiff") and Defendants Skyworks Solutions, Inc. and Skyworks Filter Solutions Japan Co., Ltd. ("Defendants"), by and through their respective counsel, pursuant to Local Rule ("L.R.") 7-1, hereby stipulate and agree as follows:

WHEREAS, on June 20, 2025, Plaintiff filed a complaint against Defendants captioned *DENSO Corp. v. Skyworks Solutions, Inc. and Skyworks Filter Solutions Japan Co., Ltd.*, Case No. 8:25-cv-01329-FWS-ADS, in the Central District of California (ECF No. 1);

WHEREAS, on September 18, 2025, Plaintiff served an individual at Skyworks Solutions, Inc. with the complaint and summons (ECF Nos. 25-26);

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendants' current deadline to respond to Plaintiff's Complaint is October 9, 2025; and

WHEREAS, pursuant to Local Rule 7-3, on September 26, 2025, the parties met-and-conferred and agreed to a 60-day extension of time to respond to the Complaint, to December 8, 2025 in order to continue on-going settlement discussions;

WHEREAS, by stipulating to an extension of time, the parties agreed that defendants do not waive any Rule 12 defenses.  Defendants expressly preserve any objection to venue, process, and jurisdiction.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants that the deadline for Defendants to answer or otherwise respond to the Complaint is extended by 60 days and Defendants shall answer or otherwise respond to the Complaint on or before December 8, 2025.

**IT IS SO STIPULATED.**

**STIPULATION REGARDING
RESPONSE TO PLAINTIFF'S COMPLAINT (L.R. 7-1)**
*DENSO Corp. v. Skyworks Solutions, Inc. and Skyworks Filter Solutions Japan Co., Ltd.*, Case No. 8:25-cv-01329-FWS-ADS

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: October 1, 2025 | /s/Joseph M. Casino |
| 3 | | Joseph M. Casino (Pro Hac Vice to be submitted) |
| 4 | | Michael J. Kasdan (Pro Hac Vice to be submitted) |
|   | | WIGGIN AND DANA LLP |
|   | | 437 Madison Avenue |
|   | | New York, NY 10022 |
|   | | Telephone: (212) 551-2842 |
|   | | Email: jcasino@wiggin.com |
|   | | Email: mkasdan@wiggin.com |

*Attorneys for Plaintiff*
DENSO CORPORATION

/s/  James M. Dowd
James M. Dowd (CA Bar No. 259578)
Email: james.dowd@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5312
Facsimile: (213) 443-5400

*Attorney for Defendants*
*Skyworks Solutions, Inc. and*
*Skyworks Filter Solutions Japan Co., Ltd.*

---

**STIPULATION REGARDING
RESPONSE TO PLAINTIFF'S COMPLAINT (L.R. 7-1)**
*DENSO Corp. v. Skyworks Solutions, Inc. and Skyworks Filter Solutions Japan Co., Ltd.*, Case No. 8:25-cv-01329-FWS-ADS

**SIGNATURE CERTIFICATION**

I, Joseph Casino, am the ECF user whose identification and password are being used to file this stipulation. Pursuant to Civil Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to all other signatories listed, and on whose behalf the filing is submitted, concur with the filing's content and have authorized the filing.

*/s/* Joseph Casino

**CERTIFICATE OF SERVICE**

I, Joseph Casino, certify that I caused the foregoing document to be electronically filed on October 1, 2025, with the Clerk using the CM/ECF System. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

*/s/* Joseph Casino

---