James M. Dowd
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5309
Email: james.dowd@wilmerhale.com

*Attorney for Defendant Skyworks Solutions, Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENSO CORPORATION,<br><br>     Plaintiff,<br><br>     v.<br><br>SKYWORKS SOLUTIONS, INC., AND SKYWORKS FILTER SOLUTIONS JAPAN CO. LTD,<br><br>     Defendants. | CASE NO. 8:25-cv-01329-FWS |

## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Plaintiff DENSO Corporation and Defendant Skyworks Solutions, Inc.[1] (collectively, the "Parties") respectfully submit the attached proposed Protective Order for the Court's consideration and approval. The Parties respectfully submit that good cause exists to enter this proposed order at this stage in the case for the limited purpose of permitting DENSO to produce agreements it has signed with third parties covering asserted

---

[1] Defendant Skyworks Solutions Inc. respectfully joins this motion for a protective order pursuant to Federal Rule of Civil Procedure 26(c), solely for the purpose of preserving its rights pending resolution of threshold issues. Defendant Skyworks Solutions Inc. expressly reserves all defenses available under Federal Rule of Civil Procedure 12(b), and this filing shall not be construed as a general appearance or as a waiver of any Rule 12(b) defenses.

U.S. Patent No. 7,758,979.  All other discovery shall proceed in accordance with Federal Rule 26, the local rules, and this Court's scheduling order(s).

Dated:  November 7, 2025

By: */s/ James M. Dowd*
James M. Dowd
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5309
Email: james.dowd@wilmerhale.com

*Attorney for Defendant Skyworks Solutions, Inc.*

Dated:  November 7, 2025

By: */s/ Joseph M. Casino*
Joseph M. Casino
Michael J. Kasdan
**WIGGAN AND DANA LLP**
437 Madison Avenue
New York, NY 10022
Telephone: (212) 551-2842
Email: jcasino@wiggin.com
Email: mkasdan@wiggin.com

Christopher P. Broderick
**THINKINGFORWARD LLC**
214 Main Street, #407
El Segundo, CA 90245
Telephone: (310) 418-7384
Email: cbroderick@thinkingforward.jp

*Attorneys for Plaintiff DENSO Corporation*

**SIGNATURE CERTIFICATION**

I, James Dowd, am the ECF user whose identification and password are being used to file this stipulation. Pursuant to Civil Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to all other signatories listed, and on whose behalf the filing is submitted, concur with the filing's content and have authorized the filing.

Dated: November 7, 2025           By: /s/ James M. Dowd
                                  James M. Dowd