James M. Dowd (CA Bar No. 259578)
Email: james.dowd@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5312
Facsimile: (213) 443-5400

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENSO CORPORATION,<br><br>*Plaintiff,*<br><br>v.<br><br>SKYWORKS SOLUTIONS, INC. and SKYWORKS FILTER SOLUTIONS JAPAN CO., LTD.,<br><br>*Defendants.* | Case No.: 8:25-cv-01329-FWS-ADS<br><br>**SECOND STIPULATION REGARDING RESPONSE TO PLAINTIFF'S COMPLAINT (L.R. 7-1)**<br><br>Judge: Fred W. Slaughter<br>Courtroom: 10D<br><br>Complaint Served: Sept. 18, 2025<br>Current Response Date: Dec. 8, 2025<br>New Response Date: Jan. 7, 2026 |

---

**SECOND STIPULATION REGARDING**
**RESPONSE TO PLAINTIFF'S COMPLAINT (L.R. 7-1)**
*DENSO Corp. v. Skyworks Solutions, Inc. and Skyworks Filter Solutions Japan Co., Ltd.*, Case No. 8:25-cv-01329-FWS-ADS

Plaintiff DENSO Corporation ("Plaintiff") and Defendants Skyworks Solutions, Inc. and Skyworks Filter Solutions Japan Co., Ltd. ("Defendants"), by and through their respective counsel, pursuant to Local Rule ("L.R.") 7-1, hereby stipulate and agree as follows:

WHEREAS, on June 20, 2025, Plaintiff filed a complaint against Defendants captioned *DENSO Corp. v. Skyworks Solutions, Inc. and Skyworks Filter Solutions Japan Co., Ltd.*, Case No. 8:25-cv-01329-FWS-ADS, in the Central District of California (ECF No. 1);

WHEREAS, on September 18, 2025, Plaintiff served an individual at Skyworks Solutions, Inc. with the Complaint and Summons (ECF Nos. 25-26);

WHEREAS, the Court entered an order extending Defendants' deadline to respond to Plaintiff's Complaint to December 8, 2025 in view of ongoing settlement discussions;

WHEREAS, pursuant to Local Rule 7-3, on December 4, 2025, the parties met-and-conferred and agreed to a 30-day extension of time to respond to the Complaint, to January 7, 2026 in order to attempt to conclude certain settlement negotiations; and

WHEREAS, the parties agree that Defendants, by joining in this stipulation to seek extension, do not waive any potential Rule 12 defenses, including, for example, any objections to venue, process, and/or jurisdiction, each of which are expressly preserved;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants that the deadline for Defendants to answer or otherwise respond to the Complaint is extended by 30 days and Defendants shall answer or otherwise respond to the Complaint on or before January 7, 2026.

**SECOND STIPULATION REGARDING**
**RESPONSE TO PLAINTIFF'S COMPLAINT (L.R. 7-1)**
*DENSO Corp. v. Skyworks Solutions, Inc. and Skyworks Filter Solutions Japan Co., Ltd.*, Case No. 8:25-cv-01329-FWS-ADS

2

**IT IS SO STIPULATED.**

Dated: December 4, 2025

/s/ *Joseph M. Casino*
Joseph M. Casino (Pro Hac Vice to be submitted)
Michael J. Kasdan (Pro Hac Vice to be submitted)
WIGGIN AND DANA LLP
437 Madison Avenue
New York, NY 10022
Telephone: (212) 551-2842
Email: jcasino@wiggin.com
Email: mkasdan@wiggin.com

*Attorneys for Plaintiff*
DENSO CORPORATION

/s/ *James M. Dowd*
James M. Dowd (CA Bar No. 259578)
Email: james.dowd@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5312
Facsimile: (213) 443-5400

*Attorney for Defendants*
*Skyworks Solutions, Inc. and*
*Skyworks Filter Solutions Japan Co., Ltd.*

---

**SECOND STIPULATION REGARDING**
**RESPONSE TO PLAINTIFF'S COMPLAINT (L.R. 7-1)**
*DENSO Corp. v. Skyworks Solutions, Inc. and Skyworks Filter Solutions Japan Co., Ltd.*, Case No. 8:25-cv-01329-FWS-ADS

3

**SIGNATURE CERTIFICATION**

I, James Dowd, am the ECF user whose identification and password are being used to file this stipulation. Pursuant to Civil Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to all other signatories listed, and on whose behalf the filing is submitted, concur with the filing's content and have authorized the filing.

/s/  *James M. Dowd*

**CERTIFICATE OF SERVICE**

I, James Dowd, certify that I caused the foregoing document to be electronically filed on December 4, 2025, with the Clerk using the CM/ECF System. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

/s/  *James M. Dowd*

---

**SECOND STIPULATION REGARDING
RESPONSE TO PLAINTIFF'S COMPLAINT (L.R. 7-1)**
*DENSO Corp. v. Skyworks Solutions, Inc. and Skyworks Filter Solutions Japan Co., Ltd.*, Case No. 8:25-cv-01329-FWS-ADS

4