NOTE: CHANGES MADE BY COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENSO CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>SKYWORKS SOLUTIONS, INC. and SKYWORKS FILTER SOLUTIONS JAPAN CO., LTD.,<br><br>*Defendants*. | Case No. 8:25-cv-01329-FWS-ADS<br><br>**ORDER RE SECOND STIPULATION REGARDING RESPONSE TO PLAINTIFF'S COMPLAINT [33]**<br><br>Hon. Fred W. Slaughter |

///
///
///

1

Having reviewed and considered the Second Stipulation Regarding Response to Plaintiff's Complaint [33] ("Stipulation"), between Plaintiff Denso Corporation, Defendant Skyworks Solutions, Inc. and Defendant Skyworks Filter Solutions Japan Co., Ltd. (together, "Defendants"), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **GRANTS** the Stipulation and **ORDERS** the following:

The deadline for Defendants to answer or otherwise respond to the Complaint, (Dkt. 1), is **EXTENDED** to and including **January 7, 2026**.

**IT IS SO ORDERED**.

Dated: December 5, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE