UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:   8:25-01329 FWS (ADSx)                Date:     December 8, 2025

Title:  *Denso Corporation v. Skyworks Solutions, Inc., et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|                Kristee Hopkins                |              None Reported              |
| :-------------------------------------------: | :-------------------------------------: |
|                  Deputy Clerk                 |        Court Reporter / Recorder        |

|   Attorney(s) Present for Plaintiff(s):   |   Attorney(s) Present for Defendant(s):   |
| :---------------------------------------: | :---------------------------------------: |
|               None Present                |                None Present               |

**Proceedings:**        **(IN CHAMBERS) ORDER DENYING JOINT MOTION FOR PROTECTIVE ORDER (DKT. NO. 32)**

        The parties filed a Joint Motion for Entry of Agreed Protective Order (the "Stipulation").  (Dkt. No. 32.)  The Stipulation does not comply with the Local Rules with respect to challenges to confidential designations.  The Stipulation is denied without prejudice.

        The parties are referred to the Court's procedures page with special attention to the section regarding Protective Orders:
https://apps.cacd.uscourts.gov/Jps/honorable-autumn-d-spaeth.

        **IT IS SO ORDERED.**

Initials of Clerk kh