**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENSO CORPORATION, | CASE NO. 8:25-cv-01329-FWS |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SKYWORKS SOLUTIONS, INC.'S AND SKYWORKS FILTER SOLUTIONS JAPAN CO., LTD.'S APPLICATION TO FILE UNDER SEAL THEIR MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND EXHIBIT** |
| v. | |
| SKYWORKS SOLUTIONS, INC., AND SKYWORKS FILTER SOLUTIONS JAPAN CO., LTD., | |
| Defendants. | |

This matter is before the Court pursuant to Defendants Skyworks Solutions, Inc.'s and Skyworks Filter Solutions Japan Co. Ltd.'s (collectively, "Defendants") Application To File Under Seal Their Motion To Dismiss Plaintiff's Complaint And Exhibit. Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the pleadings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Defendants' Application is GRANTED. Defendants shall file under seal their Motion to Dismiss Plaintiff's Complaint and Exhibit A.

**IT IS SO ORDERED.**

Dated: _____    _____
　　　　　　　　　　　　　　　　　　　The Hon. Fred W. Slaughter
　　　　　　　　　　　　　　　　　　　U.S. District Judge