**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENSO CORPORATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SKYWORKS SOLUTIONS, INC., AND SKYWORKS FILTER SOLUTIONS JAPAN CO., LTD,<br><br>　　　　Defendants. | CASE NO. 8:25-cv-01329-FWS<br><br>**SKYWORKS SOLUTIONS, INC., AND SKYWORKS FILTER SOLUTIONS JAPAN CO., LTD NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

**DECLARATION OF BRYAN JARRETT IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

I, Bryan Jarrett, hereby declare the following:

　　1.　I am over the age of 18, am an attorney licensed to practice in the state of California, and have been employed in the legal department of Skyworks Solutions Inc. since 2019, first as Senior Corporate Counsel and currently as Associate General Counsel. I work at Skyworks Solutions, Inc.'s headquarters in Irvine, California. The statements in this declaration are based upon my personal knowledge, my review of corporate records maintained in the ordinary course of business, or information provided to me in my role as Associate General Counsel.

　　2.　On September 18, 2025, I was in my office in Irvine when I was notified that an individual was present in the lobby seeking to deliver documents. I proceeded to the lobby and met with the individual, who identified himself as a process server working for DENSO Corporation ("DENSO"). The processer server informed me that he first sought to serve CT Corporation, but arrived after CT Corporation had closed for business for the day and thus failed to serve anyone at that location. The process server then handed me a set of documents, which I later identified as a copy of the summons and complaint in this matter.

3. I am not employed by or otherwise authorized to act on behalf of Skyworks Filter Solutions Japan Co. Ltd. ("Skyworks Japan"). I am not an officer, managing agent, general agent, vice president, secretary or assistant secretary, treasurer or assistant treasurer, controller or chief financial officer, general manager, the president, or chief executive officer of Skyworks Japan. I am not an agent authorized to receive service of process on behalf of Skyworks Japan. Nor have I been appointed by law or otherwise to receive service of process on behalf of Skyworks Japan. At no time did I state to the process server that I was authorized to accept service of process on behalf of Skyworks Japan.

4. Instead, I accepted the documents that were handed to me solely in my capacity as an employee of Skyworks Solutions, Inc., and in no other capacity. In particular, and without limitation, I was neither acting as an authorized agent for service of process for Skyworks Japan nor had any authority to do so. Nor did I hold myself out as affiliated with Skyworks Japan in any way. Indeed, prior to reviewing the summons and complaint, I had had no prior reason to investigate Skyworks Japan's involvement in this lawsuit.

5. Based upon my work to prepare this declaration, I now understand that Skyworks Japan manufactures the front-end silicon wafers that contain microscopic resonator components ultimately used in BAW filters. I further understand that Skyworks Japan sells all of these front-end silicon wafers to Skyworks Global Pte. Ltd. in Ang Mo Kio, Singapore ("Skyworks Singapore"), which performs back-end manufacturing to turn the hundreds of resonators printed on each of the wafers into individual, packaged, and tested BAW filter chips, in its Singapore facility. I understand that Skyworks Singapore then ships the BAW filter chips to a facility in Mexicali, Mexico operated by Skyworks Solutions de México, S. de R.L. de C.V. ("Skyworks Mexico"), which then assembles the BAW filter chips together with many other components that

perform many other functions into integrated front-end modules ("FEMs") in its Mexicali facility.

6.    I understand that original design manufacturer ("ODM") customers in Asia purchase FEMs once completed by Skyworks Mexico and, from that point onward, they are not owned by any Skyworks entity. I understand that the completed FEMs are shipped to ODM customers in Asia, with Japan and South Korea being the primary destinations, followed by Malaysia, China, Singapore, Hong Kong, and Taiwan.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Irvine, California this 5th day of January 2026.

_____
Bryan Jarrett