**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENSO CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SKYWORKS SOLUTIONS, INC., AND SKYWORKS FILTER SOLUTIONS JAPAN CO., LTD,<br><br>　　　　　Defendants. | CASE NO. 8:25-cv-01329-FWS<br><br>**[PROPOSED] ORDER GRANTING SKYWORKS SOLUTION, INC'S AND SKYWORKS FILTER SOLUTIONS JAPAN CO., LTD.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

This matter is before the Court pursuant to Defendants Skyworks Solutions, Inc.'s and Skyworks Filter Solutions Japan Co. Ltd.'s (collectively, "Defendants") Motion to Dismiss Plaintiff's Complaint. Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the pleadings, and for good cause appearing, this Court hereby rules as follows:

IT IS HEREBY ORDERED THAT Defendants' Motion to Dismiss Plaintiff's Complaint is GRANTED and this action is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Signed this ____ day of _____, 2026.

_____
The Hon. Fred W. Slaughter
United States District Judge