**NOTE: CHANGES MADE BY COURT**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENSO CORPORATION, | Case No. 8:25-cv-01329-FWS-ADS |
| Plaintiff, | **ORDER GRANTING SKYWORKS SOLUTIONS, INC.'S AND SKYWORKS FILTER SOLUTIONS JAPAN CO., LTD.'S APPLICATION TO FILE UNDER SEAL THEIR MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND EXHIBIT [36]** |
| v. | |
| SKYWORKS SOLUTIONS, INC., AND SKYWORKS FILTER SOLUTIONS JAPAN CO., LTD., | |
| Defendants. | |

///
///
///

The court has received Defendants Skyworks Solutions, Inc.'s and Skyworks Filter Solutions Japan Co. Ltd.'s (collectively, "Defendants") Application to File Under Seal their Motion to Dismiss Plaintiff's Complaint and Exhibit. (Dkt. 36 ("Application" or "App.").)   Based on the state of the record, as applied to the applicable law, including *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092 (9th Cir. 2016), *Phillips ex rel. Ests. of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206 (9th Cir. 2002), and Local Rule 79-5.2.2, and for good cause shown in the Application, the court **GRANTS** the Application and **ORDER** the following:

Defendants may file their Motion to Dismiss and Exhibit A under seal pursuant to Central District of California Local Civil Rule 79-5.2.2(c).

**IT IS SO ORDERED**.

Dated:  January 9, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE