James M. Dowd (SBN: 259578)
james.dowd@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 S. Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: +1 213 443 5300
Facsimile: +1 213 443 5400

Attorney for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENSO CORPORATION, | CASE NO. 8:25-cv-01329-FWS |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS THE COMPLAINT** |
| SKYWORKS SOLUTIONS, INC., AND SKYWORKS FILTER SOLUTIONS JAPAN CO., LTD, | |
| Defendants. | Hon. Fred W. Slaughter |
| | Hearing date: 02/26/2026 |
| | Time: 10:00 AM |
| | Courtroom: 10D |

Plaintiff DENSO Corporation ("DENSO") and Defendants Skyworks Solutions, Inc. ("Skyworks Solutions"), and Skyworks Filter Solutions Japan Co., Ltd. ("Skyworks Japan") (collectively "Defendants"), hereby stipulate and agree as follows:

WHEREAS, Defendants' Motion to Dismiss DENSO's Complaint [ECF No. 38] (the "Motion to Dismiss") is currently set for hearing on February 26, 2026, at 10:00 a.m. in Courtroom 10D before the Honorable Fred W. Slaughter.

WHEREAS, the parties have met and conferred and agree that good cause exists to continue the hearing on the Motion by one week to March 5, 2026, at 10:00 a.m., or as soon thereafter as the matter may be heard, to accommodate discussions between the parties.

WHEREAS, the parties further agree that the deadlines for the filing and service of the opposition and reply briefs shall be calculated based on the new hearing date in accordance with Local Rules 7-9 and 7-10.

WHEREAS, the parties agree that Defendants, by joining in this stipulation to continue the hearing on the Motion to Dismiss, do not waive their Rule 12 defenses, each of which are expressly preserved;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:**

1.     The hearing on Defendants' Motion to Dismiss shall be continued from February 26, 2026, to March 5, 2026, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 10D before the Honorable Fred W. Slaughter; and

2.     The deadlines for the filing and service of the opposition and reply briefs shall be calculated based on the new hearing date of March 5, 2026, in accordance with Local Rules 7-9 and 7-10.

**IT IS SO STIPULATED.**

                                       Respectfully submitted,

Dated: January 30, 2026       /s/ *Joseph M. Casino*

Joseph M. Casino (Pro Hac Vice to be submitted)
Michael J. Kasdan (Pro Hac Vice to be submitted)
WIGGIN AND DANA LLP
437 Madison Avenue
New York, NY 10022
Telephone: (212) 551-2842
Email: jcasino@wiggin.com
Email: mkasdan@wiggin.com

*Attorneys for Plaintiff*
*DENSO CORPORATION*

/s/  *James M. Dowd*

James M. Dowd (CA Bar No. 259578)
Email: james.dowd@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP

350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5312
Facsimile: (213) 443-5400

*Attorney for Defendants*

*Skyworks Solutions, Inc. and*
*Skyworks Filter Solutions Japan Co., Ltd.*

## SIGNATURE CERTIFICATION

I, James Dowd, am the ECF user whose identification and password are being used to file this stipulation. Pursuant to Civil Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to all other signatories listed, and on whose behalf the filing is submitted, concur with the filing's content and have authorized the filing.

/s/  *James M. Dowd*

## CERTIFICATE OF SERVICE

I, James Dowd, certify that I caused the foregoing document to be electronically filed on January 30, 2026, with the Clerk using the CM/ECF System. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

/s/  *James M. Dowd*