James M. Dowd (SBN: 259578)
james.dowd@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 S. Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: +1 213 443 5300
Facsimile: +1 213 443 5400

Attorney for Defendants

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENSO CORPORATION,<br><br>                    Plaintiff,<br><br>        v.<br><br>SKYWORKS SOLUTIONS, INC., AND SKYWORKS FILTER SOLUTIONS JAPAN CO., LTD,<br><br>                    Defendants. | CASE NO. 8:25-cv-01329-FWS<br><br>**DECLARATION OF JAMES M. DOWD IN SUPPORT OF SECOND STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**<br><br>Hon. Fred W. Slaughter<br><br>Hearing date: 03/05/2026<br><br>Time: 10:00 AM<br>Courtroom: 10D |

DECLARATION OF JAMES M. DOWD ISO SECOND STIPULATION TO CONTINUE HEARING
CASE NO. 8:25-CV-01329-FWS

I, JAMES M. DOWD, declare as follows:

1. I am a partner at Wilmer Cutler Picking Hale and Dorr LLP ("WilmerHale"), counsel of record to Defendants Skyworks Solutions, Inc. and Skyworks Filter Solutions Japan Co., Ltd. (collectively "Defendants") in the above-captioned matter.

2. I make this declaration in support of the Second Stipulation to Continue the Hearing Defendants' Motion to Dismiss the Complaint, filed concurrently herewith.

3. Defendants' Motion to Dismiss DENSO's Complaint [ECF No. 38] (the "Motion to Dismiss") is currently set for hearing on March 5, 2026, at 10:00 a.m. in Courtroom 10D before the Honorable Fred W. Slaughter.

4. The parties have met and conferred and agree that the Hearing on Defendants' Motion to Dismiss the Complaint should be continued by one week to March 12, 2026, at 10:00 a.m., or as soon thereafter as the matter may be heard, to accommodate discussions between the parties. The parties further agree that the deadlines for the filing and service of the opposition and reply briefs shall be calculated based on the new hearing date in accordance with Local Rules 7-9 and 7-10.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 4, 2026, at Los Angeles, California.

/s/ *James M. Dowd*
James M. Dowd

DECLARATION OF JAMES M. DOWD ISO SECOND STIPULATION TO CONTINUE HEARING
CASE NO. 8:25-CV-01329-FWS

1