**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

|  |  |
|---|---|
| DENSO CORPORATION,<br><br>        *Plaintiff*,<br><br>    v.<br><br>SKYWORKS SOLUTIONS, INC. and SKYWORKS FILTER SOLUTIONS JAPAN CO., LTD.,<br><br>*Defendants*. | Case No.: 8:25-cv-01329-FWS-ADS<br>Hon. Fred W. Slaughter, Courtroom 10D<br><br>**[PROPOSED] ORDER RE SECOND STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS THE COMPLAINT** |

Having reviewed and considered the Second Stipulation to Continue Hearing on Defendants' Motion to Dismiss the Complaint ("Stipulation"), between Plaintiff DENSO Corporation, Defendant Skyworks Solutions, Inc., and Defendant Skyworks Filter Solutions Japan Co., Ltd. (collectively "Defendants"), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **APPROVES** the Stipulation and **ORDERS** the following:

The in-person hearing on Defendants' Motion to Dismiss, (Dkt. 38), is **CONTINUED** from March 5, 2026, at 10:00 a.m., in Courtroom 10D, to March 12, 2026, at 10:00 a.m., in Courtroom 10D.  The deadlines for the filing and service of the opposition and reply briefs shall be calculated based on the new hearing date of March 12, 2026, in accordance with Local Rules 7-9 and 7-10.

**IT IS SO ORDERED.**

Dated:

_____
Hon. Fred W. Slaughter
United States District Court Judge