Case 8:25-cv-01329-FWS-ADS   Document 46   Filed 02/06/26   Page 1 of 3   Page ID #:371

Joseph M. Casino (*Pro Hac Vice*)
WIGGIN AND DANA LLP
437 Madison Avenue, 35th Floor
New York, NY 10022
Telephone: (212) 551-2842
Email: jcasino@wiggin.com

*Attorneys for Plaintiff*


James M. Dowd (SBN: 259578)
james.dowd@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 S. Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: +1 213 443 5300
Facsimile: +1 213 443 5400


*Attorney for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENSO CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SKYWORKS SOLUTIONS, INC., AND SKYWORKS FILTER SOLUTIONS JAPAN CO., LTD,<br><br>Defendants. | CASE NO. 8:25-cv-01329-FWS<br><br>**STIPULATION TO STAY ALL DEADLINES**<br><br>Hon. Fred W. Slaughter |

Plaintiff DENSO Corporation ("DENSO") and Defendants Skyworks Solutions, Inc. ("Skyworks Solutions") and Skyworks Filter Solutions Japan Co., Ltd. ("Skyworks Japan," and together with Skyworks Solutions and DENSO, the "Parties"), hereby stipulate to Stay All Deadlines because the Parties have reached an agreement in principle to resolve this matter. The Parties require additional time to finalize the agreement and to dismiss the case. Therefore, the Parties respectfully request that all hearings and deadlines between the Parties be stayed for 30 days.

Respectfully submitted,

Dated: February 6, 2026

/s/ *Joseph M. Casino*
Joseph M. Casino (*Pro Hac Vice*)

WIGGIN AND DANA LLP
437 Madison Avenue, 35th Floor
New York, NY 10022
Telephone: (212) 551-2842
Email: jcasino@wiggin.com

*Attorneys for Plaintiff*
*DENSO CORPORATION*

/s/  *James M. Dowd*
James M. Dowd (CA Bar No. 259578)
Email: james.dowd@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5312
Facsimile: (213) 443-5400

*Attorney for Defendants*
*Skyworks Solutions, Inc. and*
*Skyworks Filter Solutions Japan Co., Ltd.*

STIPULATION TO STAY ALL DEADLINES
CASE NO. 8:25-CV-01329-FWS

1

## SIGNATURE CERTIFICATION

I, Joseph M. Casino, am the ECF user whose identification and password are being used to file this stipulation. Pursuant to Civil Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to all other signatories listed, and on whose behalf the filing is submitted, who concur with the filing's content and have authorized the filing.

/s/ *Joseph M. Casino*

## CERTIFICATE OF SERVICE

I, Joseph M. Casino, certify that I caused the foregoing document to be electronically filed on February 6, 2026 with the Clerk using the CM/ECF System. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

/s/ *Joseph M. Casino*