Joseph M. Casino (*Pro Hac Vice*)
WIGGIN AND DANA LLP
437 Madison Avenue, 35th Floor
New York, NY 10022
Telephone: (212) 551-2842
Email: jcasino@wiggin.com

*Attorneys for Plaintiff*

James M. Dowd (SBN: 259578)
james.dowd@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
350 S. Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: +1 213 443 5300
Facsimile: +1 213 443 5400

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| DENSO CORPORATION,<br><br>     *Plaintiff*,<br><br>  v.<br><br>SKYWORKS SOLUTIONS, INC. and SKYWORKS FILTER SOLUTIONS JAPAN CO., LTD.,<br><br>*Defendants*. | Case No.: 8:25-cv-01329-FWS-ADS<br>Hon. Fred W. Slaughter, Courtroom 10D<br><br>**[PROPOSED] ORDER RE STIPULATION TO STAY ALL DEADLINES** |

Having considered the Stipulation to Stay All Deadlines ("Stipulation"), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the Court **GRANTS** the Stipulation and **ORDERS** the following:

All deadlines in the above-captioned case are **STAYED** until **March 9, 2025**, to allow the parties to finalize the terms of the settlement agreement and to dismiss the case.

**IT IS SO ORDERED**.

Dated:

_____
Hon. Fred W. Slaughter
United States District Court Judge