Joseph M. Casino (admitted Pro Hac Vice)
WIGGIN AND DANA LLP
437 Madison Avenue
New York, NY 10022
Telephone: (212) 551-2842
Email: jcasino@wiggin.com
Email: mkasdan@wiggin.com

*Attorneys for Plaintiff*
*DENSO CORPORATION*

James M. Dowd (SBN: 259578)
james.dowd@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 S. Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: +1 213 443 5300
Facsimile: +1 213 443 5400

*Attorney for Defendants*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENSO CORPORATION, | CASE NO. 8:25-cv-01329-FWS |
| Plaintiff, | **STIPULATED DISMISSAL WITH PREJUDICE** |
| v. | Hon. Fred W. Slaughter |
| SKYWORKS SOLUTIONS, INC., AND SKYWORKS FILTER SOLUTIONS JAPAN CO., LTD, | |
| Defendants. | |

Plaintiff DENSO Corporation ("DENSO") and Defendants Skyworks Solutions, Inc. ("Skyworks Solutions"), and Skyworks Filter Solutions Japan Co., Ltd. ("Skyworks Japan") (collectively "Defendants"), hereby stipulate to dismiss this action with prejudice as to all claims asserted herein by DENSO against Defendants.  As to the Defendants, the dismissal is without prejudice insofar as to Defendants' right to assert the same claims or defenses (e.g. noninfringement, invalidity, inequitable conduct, unenforceability, etc.) as may have been raised in this action in defense of any actions.

Respectfully submitted,

Dated: March 5, 2026

/s/ *Joseph M. Casino*

Joseph M. Casino (admitted Pro Hac Vice)
WIGGIN AND DANA LLP
437 Madison Avenue
New York, NY 10022
Telephone: (212) 551-2842
Email: jcasino@wiggin.com
Email: mkasdan@wiggin.com

*Attorneys for Plaintiff*
*DENSO CORPORATION*

/s/  *James M. Dowd*

James M. Dowd (CA Bar No. 259578)
Email: james.dowd@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP

350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5312
Facsimile: (213) 443-5400

*Attorney for Defendants*

*Skyworks Solutions, Inc. and*
*Skyworks Filter Solutions Japan Co., Ltd.*

## SIGNATURE CERTIFICATION

I, Joseph A. Casino, am the ECF user whose identification and password are being used to file this stipulation. Pursuant to Civil Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to all other signatories listed, and on whose behalf the filing is submitted, concur with the filing's content and have authorized the filing.

/s/ *Joseph M. Casino*

## CERTIFICATE OF SERVICE

I, Joseph A. Casino, certify that I caused the foregoing document to be electronically filed on March 5, 2026, with the Clerk using the CM/ECF System. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

/s/ *Joseph M. Casino*