Joseph M. Casino (admitted Pro Hac Vice)
WIGGIN AND DANA LLP
437 Madison Avenue
New York, NY 10022
Telephone: (212) 551-2842
Email: jcasino@wiggin.com
Email: mkasdan@wiggin.com

*Attorneys for Plaintiff*
*DENSO CORPORATION*

James M. Dowd (SBN: 259578)
james.dowd@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
350 S. Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: +1 213 443 5300
Facsimile: +1 213 443 5400

*Attorney for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| DENSO CORPORATION, | Case No.: 8:25-cv-01329-FWS-ADS |
| | Hon. Fred W. Slaughter, Courtroom 10D |
| *Plaintiff,* | |
| v. | |
| | **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| SKYWORKS SOLUTIONS, INC. and SKYWORKS FILTER SOLUTIONS JAPAN CO., LTD., | |
| *Defendants.* | |

Having considered the Stipulated Dismissal With Prejudice ("Stipulation"), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **GRANTS** the Stipulation and **ORDERS** the following:

1.     The case is dismissed with prejudice as to all claims asserted herein by DENSO Corporation against Skyworks Solutions, Inc. and Skyworks Filter Solutions Japan Co., Ltd.;

2.     The case is dismissed without prejudice insofar as to Skyworks Solutions, Inc.'s and Skyworks Filter Solutions Japan Co., Ltd.'s right to assert the same claims or defenses as may have been raised in this action in defense of any actions.

**IT IS SO ORDERED**.

Dated:

_____
Hon. Fred W. Slaughter
United States District Court Judge