AO 120 (Rev. 08/10)

| TO:  Mail Stop 8<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with <u>35 U.S.C. § 290</u> and/or <u>15 U.S.C. § 1116</u> you are hereby advised that a court action has been filed in the U.S. District Court _____Central District of California_____ on the following

☐ Trademarks or    ☑ Patents.    ( ☐ the patent action involves <u>35 U.S.C. § 292.</u>):

| DOCKET NO.<br>8:25-cv-01329 | DATE FILED<br>6/20/2025 | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|
| PLAINTIFF<br>DENSO CORPORATION | | DEFENDANT<br>SKYWORKS SOLUTIONS, INC. and<br>SKYWORKS FILTER SOLUTIONS  JAPAN CO., LTD. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,758,979 | 7/20/2010 | Denso Corporation |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Order re Stipulation to Stay All Deadlines (46).    All deadlines in the above-captioned case are STAYED until March 9, 2025, to allow the parties to finalize the terms of the settlement agreement and to dismiss the case. Case Closed. 2/9/26 |

| CLERK<br>Brian K. Karth Clerk of Court | (BY) DEPUTY CLERK<br>Trina  DeBose | DATE<br>3/6/26 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**