**NOTE: CHANGES MADE BY COURT**

# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

DENSO CORPORATION,

     *Plaintiff*,

    v.

SKYWORKS SOLUTIONS, INC. and SKYWORKS FILTER SOLUTIONS JAPAN CO., LTD.,

     *Defendants*.

Case No. 8:25-cv-01329-FWS-ADS
Hon. Fred W. Slaughter, Courtroom 10D

**ORDER RE STIPULATION TO STAY ALL DEADLINES [46]**

///

///

///

Having considered the Stipulation to Stay All Deadlines [46] ("Stipulation"), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the Court **APPROVES** the Stipulation and **ORDERS** the following:

All deadlines in the above-captioned case are **STAYED** until **March 9, 2025**, to allow the parties to finalize the terms of the settlement agreement and to dismiss the case.

**IT IS SO ORDERED**.

Dated:  February 9, 2026

_____

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE