**NOTE: CHANGES MADE BY COURT**

# JS-6

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| DENSO CORPORATION,<br><br>      *Plaintiff*,<br><br>      v.<br><br>SKYWORKS SOLUTIONS, INC. and SKYWORKS FILTER SOLUTIONS JAPAN CO., LTD.,<br><br>      *Defendants*. | Case No. 8:25-cv-01329-FWS-ADS<br><br>**ORDER RE STIPULATED DISMISSAL WITH PREJUDICE [48]** |

///

///

///

Having considered the Stipulated Dismissal with Prejudice (Dkt. 48 ("Stipulation")), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **GRANTS** the Stipulation and **ORDERS** the following:

1. The above-captioned case is **DISMISSED WITH PREJUDICE** as to all claims asserted herein by Plaintiff DENSO Corporation against Defendant Skyworks Solutions, Inc. and Defendant Skyworks Filter Solutions Japan Co., Ltd.; and

2. The case is **DISMISSED WITHOUT PREJUDICE** insofar as to Defendant Skyworks Solutions, Inc.'s and Defendant Skyworks Filter Solutions Japan Co., Ltd.'s right to assert the same claims or defenses as may have been raised in this action in defense of any actions.

**IT IS SO ORDERED.**

Dated: March 6, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE